Fill in this information to identify the case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Project Pizza, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Fiorella Clement** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3739129** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**2339 Clement Avenue**
**San Francisco, CA 94121**
Number, Street, City, State & ZIP Code

**San Francisco**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.fiorella-sf.com** |

| | |
|---|---|
| 6. | Type of debtor |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 1 of 56

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **Project Pizza, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Project Pizza Sunset, LLC** | Relationship | | **Affiliate** |
| | District | **Northern District of California** | When | **4/01/25** | Case number, if known | **25-30258** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.**   **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/20/2025**
MM / DD / YYYY

**X** **/s/ Boris Nemchenok**
Signature of authorized representative of debtor

Title    **Managing Member**

**Boris Nemchenok**
Printed name

---

**18. Signature of attorney**

**X** **/s/ Chris Kuhner**       Date   **5/20/2025**
Signature of attorney for debtor            MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone   **510-763-1000**       Email address

**173291 CA**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **5/20/2025**     X **/s/ Boris Nemchenok**
                                   Signature of individual signing on behalf of debtor

                                     **Boris Nemchenok**
                                     Printed name

                                     **Managing Member**
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Project Pizza, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alsco<br>1575 indiana<br>san francisco, CA 94107 | | Trade Debt | | | | $2,898.73 |
| AUTOCHLOR<br>971 25TH STREET<br>SAN FRANCISCO, CA 94107 | | Trade Debt | | | | $4,026.89 |
| BEAR BOTTOM FARMS INC.<br>508 De Carlo Avenue<br>richmond, CA 94801 | | Trade Debt | | | | $4,146.10 |
| Bon Air Services<br>PO BOX 77002<br>San Francisco, CA 94107 | | Trade Debt | | | | $6,234.89 |
| California Dept of Tax and Fee Admin<br>Acct Information<br>Group MIC 29<br>P. O. Box 942879<br>Sacramento, CA 94279-0029 | | Sales Taxes | | | | $49,328.00 |
| Chase<br>Attn Bankruptcy Dept<br>PO Box 100018<br>Kennesaw, GA 30156 | | Credit card purchases | | | | $6,981.00 |
| Cooks Company<br>1942 Jerrold Ave.<br>San Francisco, CA 94124 | | Trade Debt | | | | $24,740.31 |
| Corfini Meat & Seafood<br>145 s hill drive<br>Brisbane, CA 94005 | | Trade Debt | | | | $5,634.00 |

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 7 of 56

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dreamt Design & Build**<br>**191 5th ave #2**<br>**san francisco, CA 94118** | | **Trade Debt** | | | | **$3,174.00** |
| **Friuli Italian Wine Imports LLC**<br>**930 Mclaughlin Ave**<br>**San Jose, CA 95122** | | **Trade Debt** | | | | **$3,221.00** |
| **Individual Foodservice**<br>**5496 Lindbergh Lane**<br>**Bell, CA 90201** | | **Trade Debt** | | | | **$3,721.48** |
| **inKind Cards, Inc.**<br>**610 W. Live Oak Street**<br>**Austin, TX 78704** | | **Debtor's Personal Property** | **Disputed** | **$86,309.00** | **$0.00** | **$86,309.00** |
| **inKind Cards, Inc.**<br>**610 W. Live Oak Street**<br>**Austin, TX 78704** | | **Gift Card Funding** | | | | **$86,309.00** |
| **Italfoods Inc**<br>**P O Box 7511**<br>**San Francisco, CA 94120-7511** | | **Trade Debt** | | | | **$4,917.02** |
| **LETTIERI & CO.**<br>**120 Park Ln**<br>**Brisbane, CA 94005** | | **Trade Debt** | | | | **$14,158.72** |
| **Lyra Fine Wine Importers**<br>**po box 884**<br>**Benicia, CA 94510** | | **Trade Debt** | | | | **$2,601.60** |
| **Optimum Green Cleaning**<br>**350 Industrial Way**<br>**Brisbane, CA 94005** | | **Trade Debt** | | | | **$19,440.00** |
| **Peter J. Mar, Tr of the Mar Living Trust**<br>**2341 Clement Street**<br>**San Francisco, CA 94121** | | **Past Due Rent and Utility** | | | | **$19,332.00** |
| **Vanoli**<br>**2341 Clement st**<br>**San francisco, CA 94121** | | **Trade Debt** | | | | **$1,794.88** |
| **Wine Forest**<br>**1755 industrial way ste 28**<br>**Napa, CA 94558** | | **Trade Debt** | | | | **$2,543.25** |

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 8 of 56

**Fill in this information to identify the case:**

Debtor name    **Project Pizza, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................................................... $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................... $     **78,855.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...................................................................... $     **78,855.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **720,602.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     **49,328.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$     **231,115.29**

4. **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b     $     **1,001,045.29**

Case: 25-30397    Doc# 1    Filed: 05/20/25    Entered: 05/20/25 11:02:43    Page 9 of 56

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase** | **Operating Account** | **7021** | **$7,846.00** |
| 3.2. | **Chase** | **Savings** | **8671** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$7,846.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Liquor License-** | **$3,200.00** |
| --- | --- | --- |

| 7.2. | **Lease Security Deposit** | $12,600.00 |
|------|-----------|-----------|

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**   **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.      $15,800.00

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** **Food and Beverage** | | $18,304.00 | Replacement | $18,304.00 |

**23.**   **Total of Part 5.**

     Add lines 19 through 22. Copy the total to line 84.      $18,304.00

**24.**   **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Misc. Office Furniture and Fixtures** | $76,795.00 | Liquidation | $1,000.00 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
        Add lines 39 through 42.  Copy the total to line 86.

| $1,000.00 |
|---|

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☑ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Dodge Promaster** | $0.00 | Comparable sale | $20,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm**

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 12 of 56

machinery and equipment)
| Restaurant Equipment | | $103,830.00 | Liquidation | $15,000.00 |

---

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $35,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements** | **Leasehold interest improvements** | $259,471.00 | Replacement | Unknown |

---

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

| 61. | Internet domain names and websites<br>www.fiorella-sf.com | Unknown | | Unknown |
| 62. | Licenses, franchises, and royalties<br>Liquor License-Beer and Wine (Type 41) | Unknown | Replacement | $905.00 |
| 63. | Customer lists, mailing lists, or other compilations<br>Opentable and Survey Monkey Lists | Unknown | | Unknown |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $905.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  |  |  |  | **Current value of<br>debtor's interest** |
|---|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Loan to Project Pizza Sunset LLC,<br>currently in Chapter 11 bankruptcy.** | **32,100.00** -<br>Total face amount | **32,100.00** =<br>doubtful or uncollectible amount | | Unknown |
| | **Loan to Project Pizza Sunset, LLC,<br>currently in Chapter 11 bankruptcy.** | **220,000.00** -<br>Total face amount | **220,000.00** =<br>doubtful or uncollectible amount | | Unknown |
| | **Loan to Project Pizza Sunset, LLC,<br>currently in Chapter 11 bankruptcy.** | **34,224.00** -<br>Total face amount | **34,224.00** =<br>doubtful or uncollectible amount | | Unknown |

| 72. | Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | | | | |
| 73. | Interests in insurance policies or annuities | | | | |

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 14 of 56

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Prepaid Workers Compensation Insurance Expenses of $7,226. Subject to Offset**                                              **Unknown**

       **Prepaid Sofware Expenses of $4,255. Subject to Offset**                     **Unknown**

78.    **Total of Part 11.**                                                         **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Project Pizza, LLC**                     Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,846.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $18,304.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $905.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $78,855.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $78,855.00 |

**Fill in this information to identify the case:**

Debtor name   **Project Pizza, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Fundamate Technologies, Inc.**<br>Creditor's Name<br><br>**300 Continental Blvd., #410 El Segundo, CA 90245**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket Lien on Debtor's Assets** | **$212,600.00** | **Unknown** |

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**8/30/2024**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| **2.2** **inKind Cards, Inc.**<br>Creditor's Name<br><br>**610 W. Live Oak Street Austin, TX 78704**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Debtor's Personal Property** | **$86,309.00** | **$0.00** |
|---|---|---|---|

Describe the lien
**Unperfected Security Interest**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **JP Morgan Chase Bank, NA** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Blanket Lien on Debtor's Assets**

$29,930.00   Unknown

**PO Box 33035**
**Louisville, KY 40232**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7004**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Parafin Inc. (DoorDash)** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Blanket Lien on Debtor's Assets**

$81,678.00   Unknown

**301 Howard Street, Suite 1500**
**San Francisco, CA 94105**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/5/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Retail Capital LLC dba Credibly** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Blanket Lien on Debtor's Aseets**

$220,000.00   Unknown

**25200 Telegragh Rd. #350**
**Southfield, MI 48033**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**

Creditor's email address, if known
_____

**Date debt was incurred**
**12/6/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Web Bank (Quickbooks) Loan 1** | | |
|-----|-----|-----|-----|

Creditor's Name

**215 South State Street, Suite 1000
Salt Lake City, UT 84111**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**
**11/18/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien on Debtor's Assets**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$22,985.00     Unknown

---

| 2.7 | **Web Bank (Quickbooks) Loan 2** | | |
|-----|-----|-----|-----|

Creditor's Name

**215 South State Street, Suite 1000
Salt Lake City, UT 84111**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**
**4/7/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Blanket Lien on Debtor's Assets**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$7,400.00     Unknown

---

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 19 of 56

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

_____

| | | | |
|---|---|---|---|
| 2.8 | **Web Bank (Toast Capital Loan)** | | |

Creditor's Name

**215 South State Street, Suite 1000 Salt Lake City, UT 84111**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket Lien on Debtor's Assets**

$59,700.00        Unknown

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/15/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

_____

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $720,602.00

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **inKind Cards, Inc.**<br>**c/o VCorp Services, LLC, Agent**<br>**108 West 13th Street, Ste. 100**<br>**Wilmington, DE 19801** | Line  **2.2** | |
| **inKind Cards, Inc.**<br>**Attn: Johann Moonesinghe, CEO**<br>**600 Congress Ave., Ste. 1700**<br>**Austin, TX 78704** | Line  **2.2** | |
| **inKind Credit Fund LP**<br>**Attn: General Partner**<br>**850 New Burton Rd., Ste. 201**<br>**Dover, DE 19904** | Line  **2.2** | |
| **JP Morgan Chase Bank, NA**<br>**PO Box 29071**<br>**Glendale, CA 91209** | Line  **2.3** | |
| **Retail Capital LLC**<br>**c/o Austin Miller**<br>**1501 W. Fountainhead Pkwy., Suite 630**<br>**Tempe, AZ 85282** | Line  **2.5** | |

Name

| | |
|---|---|
| **Retail Capital LLC**<br>**c/o Amanda Garcia, Agent**<br>**3300 N. Brand Blvd.**<br>**Glendale, CA 91203** | Line __2.5__ |
| **WebBank**<br>**Attn: Legal Dept.**<br>**401 Park Drive, Ste. 801**<br>**Boston, MA 02215** | Line __2.8__ |
| **Yoni Klestzick, Esq.**<br>**381 Sunrise Highway, Suite 302**<br>**Lynbrook, NY 11563** | Line __2.1__ |

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California Dept of Tax and Fee Admin**<br>**Acct Information Group MIC 29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,328.00 | $49,328.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**California State Board of Equalization**<br>**Acct Reference Group MIC 29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

27103

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Employment Development Dept**
**MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**Special Procedures Branch**
**Bankruptcy Section/Mail Code**
**1400S**
**1301 Clay St.**
**Oakland, CA 94612-5210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**San Francisco County Tax**
**Collector**
**City Hall, Room 140**
**1 Dr. Carlton B. Goodlett Pl.**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.87 |

**ABC Fire Protection**
**PO BOX 951**
**FREMONT, CA 94537**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-30397    Doc# 1    Filed: 05/20/25    Entered: 05/20/25 11:02:43    Page 23 of 56

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|

**Adella Vineyards, LLC**
**6552 RED WINERY RD**
**GEYSERVILLE, CA 95441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
|---|---|---|---|

**Alfresco heating**
**30 Pamaron way  Suite L**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,522.80 |
|---|---|---|---|

**Alluvial Wines Inc**
**21c Orinda Way #240**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,898.73 |
|---|---|---|---|

**Alsco**
**1575 indiana**
**san francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,026.89 |
|---|---|---|---|

**AUTOCHLOR**
**971 25TH STREET**
**SAN FRANCISCO, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,146.10 |
|---|---|---|---|

**BEAR BOTTOM FARMS INC.**
**508 De Carlo Avenue**
**richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.04 |
|---|---|---|---|

**Blue Dog beverage**
**3053 freeport blvd #260**
**Sacramento, CA 95818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,234.89** |
|---|---|---|---|

**Bon Air Services**
**PO BOX 77002**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$408.60** |
|---|---|---|---|

**Chambers & Chambers Wine Merchants**
**511 Alexis court**
**napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,981.00** |
|---|---|---|---|

**Chase**
**Attn Bankruptcy Dept**
**PO Box 100018**
**Kennesaw, GA 30156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Credit card purchases**

Last 4 digits of account number **0290**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,740.31** |
|---|---|---|---|

**Cooks Company**
**1942 Jerrold Ave.**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,069.20** |
|---|---|---|---|

**Copa Fina Fine Wine Imports**
**4200 park blvd #651**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,634.00** |
|---|---|---|---|

**Corfini Meat & Seafood**
**145 s hill drive**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90.00** |
|---|---|---|---|

**Cozzoni**
**8430 W Bryn Mawr Ave Ste 800**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 25 of 56

| Debtor | **Project Pizza, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.60 |
|---|---|---|---|

**Desire Lines Wine Co**
po box 2029
sonoma, CA 95476

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**DL Fans**
63 Loma Vista Drive
Burlingame, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.94 |
|---|---|---|---|

**Dolce Neve**
1364 N. McDowell Blvd. Suite 14
Petaluma, CA 94954

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,174.00 |
|---|---|---|---|

**Dreamt Design & Build**
191 5th ave #2
san francisco, CA 94118

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fiorella Commissary, LLC**
1240 9th Avenue
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fiorella Restaurant Group, LLC**
1240 9th Avenue
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Fortessa Tablewaresolutions**
20412 Bashan Drive
Ashburn, VA 20174

Date(s) debt was incurred _

Last 4 digits of account number __7208__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,221.00 |
|---|---|---|---|

**Friuli Italian Wine Imports LLC**
**930 Mclaughlin Ave**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,094.20 |
|---|---|---|---|

**Ghost Town Brewing**
**1960 adeline st.**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,721.48 |
|---|---|---|---|

**Individual Foodservice**
**5496 Lindbergh Lane**
**Bell, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,309.00 |
|---|---|---|---|

**inKind Cards, Inc.**
**610 W. Live Oak Street**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/10/2022**

Last 4 digits of account number _

Basis for the claim:  **Gift Card Funding**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,917.02 |
|---|---|---|---|

**Italfoods Inc**
**P O Box 7511**
**San Francisco, CA 94120-7511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,158.72 |
|---|---|---|---|

**LETTIERI & CO.**
**120 Park Ln**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,519.20 |
|---|---|---|---|

**Lucidity Wine Merchants**
**6590 longridge way**
**Sacramento, CA 95831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,601.60 |

**Lyra Fine Wine Importers**
po box 884
Benicia, CA 94510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.00 |

**Matagrano, Inc.**
25858 clawiter road
Hayward, CA 94545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $932.98 |

**Modesto Foods**
30611 san antonio st.
hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $632.03 |

**Morris Distributing**
po box 5699
Petaluma, CA 94955

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Oliver McCrum Wines**
545 sanchez st.
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,440.00 |

**Optimum Green Cleaning**
350 Industrial Way
Brisbane, CA 94005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416.00 |

**Original pattern**
292 4th St.
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 28 of 56

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.00 |

**Panoramo bakery**
**500 Florida St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,332.00 |

**Peter J. Mar, Tr of the Mar Living Trust**
**2341 Clement Street**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Rent and Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Project Pizza Noe LLC**
**4042 24th Street**
**San Francisco, CA 94114**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Co-Obligor**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Project Pizza Polk, LLC**
**2238 Polk Street**
**San Francisco, CA 94109**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Co Obligor**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Project Pizza Sunset, LLC**
**1240 9th Avenue**
**San Francisco, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Co Obligor**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.40 |

**RNDC (Republic National Distributing Co)**
**po box743564**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,184.40 |

**SKURNIK WINES WEST**
**PO Box 421**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 29 of 56

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.20
--- | --- | --- | ---

**3.44**

**Nonpriority creditor's name and mailing address**
**Springboard Wine Company**
**po box 8525**
**Pasadena, CA 91109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,075.20**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Star route**
**95 Olema Bolinas Rd**
**Bolinas, CA 94924**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$282.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**The Avenues Hospitality, LLC**
**1185 Rhode Island Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**The chefs Warehouse West Coast LLC**
**1250 Whipple Road**
**Union City, CA 94587**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$436.61**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**The wine house**
**829 26th street**
**San francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$279.60**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Vanoli**
**2341 Clement st**
**San francisco, CA 94121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,794.88**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Water 2 Table**
**PO box 330576**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$137.75**

---

| Debtor | **Project Pizza, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,543.25 |
|---|---|---|---|

**Wine Forest**
**1755 industrial way ste 28**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Trade Debt</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fortessa Tablewaresolutions**<br>PO Box 750040<br>Atlanta, GA 30374 | Line <u>3.22</u><br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 49,328.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 231,115.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 280,443.29 |

Case: 25-30397    Doc# 1    Filed: 05/20/25    Entered: 05/20/25 11:02:43    Page 31 of 56

Fill in this information to identify the case:

Debtor name **Project Pizza, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Gift Card Funding Agreement** | |
| State the term remaining **N/A** | **inKind Cards, Inc. 610 W. Live Oak Street Austin, TX 78704** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Restaurant Equipment Rental** | |
| State the term remaining **Monthly** | **Light Soda On Tap 426 Valley Drive Brisbane, CA 94005** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease for Debtor's Restaurant** | |
| State the term remaining **Jan 2026 with 5 year option** | **Peter J. Mar, Tr of the Mar Living Trust 2341 Clement Street San Francisco, CA 94121** |
| List the contract number of any government contract | |

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 32 of 56

Debtor name   **Project Pizza, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Boris Nemchenok** | **1185 Rhode Island Street San Francisco, CA 94107** | **Fundomate Technologies, Inc.** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Boris Nemchenok** | **1185 Rhode Island Street San Francisco, CA 94107** | **Web Bank (Quickbooks) Loan 1** | ■ D   **2.6** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   **Boris Nemchenok** | **1185 Rhode Island Street San Francisco, CA 94107** | **Web Bank (Quickbooks) Loan 2** | ■ D   **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4   **Brandon Gillis** | **306 26th Avenue San Francisco, CA 94121** | **Fundomate Technologies, Inc.** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5   **Project Pizza Noe LLC** | **4042 24th Street San Francisco, CA 94114** | **inKind Cards, Inc.** | ☐ D _____ <br> ■ E/F   **3.26** <br> ☐ G _____ |

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 33 of 56

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Project Pizza Polk, LLC** | 2238 Polk Street San Francisco, CA 94109 | inKind Cards, Inc. | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.7 **Project Pizza Sunset, LLC** | 1240 9th Avenue San Francisco, CA 94112 | inKind Cards, Inc. | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |

Fill in this information to identify the case:

Debtor name **Project Pizza, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$834,416.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$2,294,148.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$2,479,562.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 35 of 56

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Cooks Company**<br>1942 Jerrold Ave.<br>San Francisco, CA 94124 | **2-18-24 to**<br>**5-18-2025** | **$20,683.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **LETTIERI & CO.**<br>120 Park Ln<br>Brisbane, CA 94005 | **2-26-2025 to**<br>**5-14-2025** | **$16,056.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Fundomate Technologies, Inc.**<br>300 Continental Blvd., #410<br>El Segundo, CA 90245 | **2-8-2025 to**<br>**5-18-2025** | **$18,400.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Web Bank (Toast Capital Loan)**<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | **2-18-2025 to**<br>**5-18-2025** | **$33,715.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Parafin Inc. (Door Dash)**<br>301 Howard Street, Suite 1500<br>San Francisco  94105 | **2-18-2025 to**<br>**5-18-2025** | **$46,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Peter J. Mar, Tr of the Mar Living Trust**<br>2341 Clement Street<br>San Francisco, CA 94121 | **2-28-2025 to**<br>**5-18-2025** | **$19,710.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.7. **Parafin Inc. (DoorDash)**<br>301 Howard Street, Suite 1500<br>San Francisco, CA 94105 | **2-18-2025 to**<br>**5-18-2025** | **$36,218.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Pacific Gas & Electric**<br>PO Box 997300<br>Sacramento, CA 95899-7300 | **2-18-2025 to**<br>**5-18-2025** | **$10,996.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utility** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Fiorella Commissary, LLC**<br>**1240 9th Avenue**<br>**San Francisco, CA 94122** | **2-18-2025 to**<br>**5-18-2025** | **$20,563.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Share of Payroll** |
| 3.10. **Fiorella Restaurant Group, LLC**<br>**1240 9th Avenue**<br>**San Francisco, CA 94122** | **2-15-2025 to**<br>**5-18-2025** | **$15,989.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Share of Payroll** |
| 3.11. **The Avenues Hospitality, LLC**<br>**1185 Rhode Island Street**<br>**San Francisco, CA 94107** | **2-15-2025 to**<br>**5-18-2025** | **$10,398.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Share of Payroll** |
| 3.12. **Covered California for Small Business**<br>**PO Box 740167**<br>**Los Angeles, CA 90074** | **2-15-2025 TO**<br>**5-18-2025** | **$12,611.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance Premium** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 37 of 56

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Retail Capital, LLC v. Project Pizza Polk, LLC, et al**<br>**CV2025-001968** | Collections | **Maricopa County Superios Court**<br>**201 W. Jefferson Street**<br>**Phoenix, AZ 85008** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Fundomate Technologies, Inc. v. Project Pizza LLC, et al**<br>**601327/2025** | Collections | **Supreme Court of New York-Nassau County**<br>**1 Supreme Ct. Drive**<br>**Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case: 25-30397   Doc# 1   Filed: 05/20/25   Entered: 05/20/25 11:02:43   Page 38 of 56

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield Nyberg Bendes Kuhner & Little 1970 Broadway, Suite 600 Oakland, CA 94612** | | **4/30/2025-$ 4,000 5/19/2025-$ 7,817** | **$11,817.00** |
| | **Email or website address c.kuhner@kornfieldlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

16. **Does the debtor collect and retain personally identifiable information of customers?**

 ☑ No.
 ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

 ☑ No. Go to Part 10.
 ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
 Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
 Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

 ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
 List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

 ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
 List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

 ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
 List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

 ☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

 *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

 *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

 *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Joseph Zaarour $ Ass., Inc<br>1855 Lawton Street<br>San Francisco, CA 94122** | **1/1/2025 to the present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Case: 25-30397    Doc# 1    Filed: 05/20/25    Entered: 05/20/25 11:02:43    Page 41 of 56

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Boris Nemchenok | 1185 Rhode Island Street San Francisco, CA 94107 | Managing Member | 48.57 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brandon Gillis | 306 26th Avenue San Francisco, CA 94121 | Member | 22.37 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Edward Shapiro | 1244 15th Avenue San Francisco, CA 94112 | Member | 29.57 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

Case: 25-30397    Doc# 1    Filed: 05/20/25    Entered: 05/20/25 11:02:43    Page 42 of 56

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/20/2025**

**/s/ Boris Nemchenok**                     **Boris Nemchenok**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of California

In re **Project Pizza, LLC** _____  Case No. _____
Debtor(s)    Chapter  **11**  _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Boris Nemchenok**<br>**1185 Rhode Island Street**<br>**San Francisco, CA 94107** | | **48.07 %** | **Membership** |
| **Brandon Gillis**<br>**306 26th Avenue**<br>**San Francisco, CA 94121** | | **22.37 Percent** | **Membership** |
| **Edward Shapiro**<br>**1244 15th Avenue**<br>**San Francisco, CA 94112** | | **29.57 Percent** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **5/20/2025** _____   Signature  **/s/ Boris Nemchenok** _____
**Boris Nemchenok**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re
**Project Pizza, LLC**

Case No.

_____ Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**

 I declare that the attached Creditor Mailing Matrix, consisting of __10__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:  **5/20/2025**

       **/s/ Chris Kuhner**
       _____
       Signature of Debtor's Attorney or Pro Per Debtor

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


Project Pizza, LLC
2339 Clement Avenue
San Francisco, CA 94121


ABC Fire Protection
PO BOX 951
FREMONT, CA 94537


Adella Vineyards, LLC
6552 RED WINERY RD
GEYSERVILLE, CA 95441


Alfresco heating
30 Pamaron way Suite L
Novato, CA 94949


Alluvial Wines Inc
21c Orinda Way #240
Orinda, CA 94563


Alsco
1575 indiana
san francisco, CA 94107


AUTOCHLOR
971 25TH STREET
SAN FRANCISCO, CA 94107

BEAR BOTTOM FARMS INC.
508 De Carlo Avenue
richmond, CA 94801


Blue Dog beverage
3053 freeport blvd #260
Sacramento, CA 95818


Bon Air Services
PO BOX 77002
San Francisco, CA 94107


Boris Nemchenok
1185 Rhode Island Street
San Francisco, CA 94107


Brandon Gillis
306 26th Avenue
San Francisco, CA 94121


California Dept of Tax and Fee Admin
Acct Information Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


California State Board of Equalization
Acct Reference Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


Chambers & Chambers Wine Merchants
511 Alexis court
napa, CA 94558

Chase
Attn Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156


Cooks Company
1942 Jerrold Ave.
San Francisco, CA 94124


Copa Fina Fine Wine Imports
4200 park blvd #651
Oakland, CA 94602


Corfini Meat & Seafood
145 s hill drive
Brisbane, CA 94005


Cozzoni
8430 W Bryn Mawr Ave Ste 800
Chicago, IL 60631


Desire Lines Wine Co
po box 2029
sonoma, CA 95476


DL Fans
63 Loma Vista Drive
Burlingame, CA 94010


Dolce Neve
1364 N. McDowell Blvd. Suite 14
Petaluma, CA 94954

Dreamt Design & Build
191 5th ave #2
san francisco, CA 94118


Employment Development Dept
MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Fiorella Commissary, LLC
1240 9th Avenue
San Francisco, CA 94122


Fiorella Restaurant Group, LLC
1240 9th Avenue
San Francisco, CA 94122


Fortessa Tablewaresolutions
20412 Bashan Drive
Ashburn, VA 20174


Fortessa Tablewaresolutions
PO Box 750040
Atlanta, GA 30374


Friuli Italian Wine Imports LLC
930 Mclaughlin Ave
San Jose, CA 95122


Fundomate Technologies, Inc.
300 Continental Blvd., #410
El Segundo, CA 90245

Ghost Town Brewing
1960 adeline st.
Oakland, CA 94607


Individual Foodservice
5496 Lindbergh Lane
Bell, CA 90201


inKind Cards, Inc.
610 W. Live Oak Street
Austin, TX 78704


inKind Cards, Inc.
c/o VCorp Services, LLC, Agent
108 West 13th Street, Ste. 100
Wilmington, DE 19801


inKind Cards, Inc.
Attn: Johann Moonesinghe, CEO
600 Congress Ave., Ste. 1700
Austin, TX 78704


inKind Cards, Inc.
610 W. Live Oak Street
Austin, TX 78704


inKind Credit Fund LP
Attn: General Partner
850 New Burton Rd., Ste. 201
Dover, DE 19904


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210

Italfoods Inc
P O Box 7511
San Francisco, CA 94120-7511


JP Morgan Chase Bank, NA
PO Box 33035
Louisville, KY 40232


JP Morgan Chase Bank, NA
PO Box 29071
Glendale, CA 91209


LETTIERI & CO.
120 Park Ln
Brisbane, CA 94005


Light Soda On Tap
426 Valley Drive
Brisbane, CA 94005


Lucidity Wine Merchants
6590 longridge way
Sacramento, CA 95831


Lyra Fine Wine Importers
po box 884
Benicia, CA 94510


Matagrano, Inc.
25858 clawiter road
Hayward, CA 94545

Modesto Foods
30611 san antonio st.
hayward, CA 94544


Morris Distributing
po box 5699
Petaluma, CA 94955


Oliver McCrum Wines
545 sanchez st.
San Francisco, CA 94114


Optimum Green Cleaning
350 Industrial Way
Brisbane, CA 94005


Original pattern
292 4th St.
Oakland, CA 94607


Panoramo bakery
500 Florida St.
San Francisco, CA 94110


Parafin Inc. (DoorDash)
301 Howard Street, Suite 1500
San Francisco, CA 94105


Peter J. Mar, Tr of the Mar Living Trust
2341 Clement Street
San Francisco, CA 94121

Project Pizza Noe LLC
4042 24th Street
San Francisco, CA 94114


Project Pizza Polk, LLC
2238 Polk Street
San Francisco, CA 94109


Project Pizza Sunset, LLC
1240 9th Avenue
San Francisco, CA 94112


Retail Capital LLC
c/o Austin Miller
1501 W. Fountainhead Pkwy., Suite 630
Tempe, AZ 85282


Retail Capital LLC
c/o Amanda Garcia, Agent
3300 N. Brand Blvd.
Glendale, CA 91203


Retail Capital LLC dba Credibly
25200 Telegragh Rd. #350
Southfield, MI 48033


RNDC (Republic National Distribuing Co)
po box743564
Los Angeles, CA 90074


San Francisco County Tax Collector
City Hall, Room 140
1 Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

SKURNIK WINES WEST
PO Box 421
Syosset, NY 11791


Springboard Wine Company
po box 8525
Pasadena, CA 91109


Star route
95 Olema Bolinas Rd
Bolinas, CA 94924


The Avenues Hospitality, LLC
1185 Rhode Island Street
San Francisco, CA 94107


The chefs Warehouse West Coast LLC
1250 Whipple Road
Union City, CA 94587


The wine house
829 26th street
San francisco, CA 94107


Vanoli
2341 Clement st
San francisco, CA 94121


Water 2 Table
PO box 330576
San Francisco, CA 94133

Web Bank (Quickbooks) Loan 1
215 South State Street, Suite 1000
Salt Lake City, UT 84111


Web Bank (Quickbooks) Loan 2
215 South State Street, Suite 1000
Salt Lake City, UT 84111


Web Bank (Toast Capital Loan)
215 South State Street, Suite 1000
Salt Lake City, UT 84111


WebBank
Attn: Legal Dept.
401 Park Drive, Ste. 801
Boston, MA 02215


Wine Forest
1755 industrial way ste 28
Napa, CA 94558


Yoni Klestzick, Esq.
381 Sunrise Highway, Suite 302
Lynbrook, NY 11563

# United States Bankruptcy Court
## Northern District of California

In re __Project Pizza, LLC_____
                                    Debtor(s)

Case No. _____

Chapter __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Project Pizza, LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boris Nemchenok**
**1185 Rhode Island Street**
**San Francisco, CA 94107**

**Brandon Gillis**
**306 26th Avenue**
**San Francisco, CA 94121**

**Edward Shapiro**
**1244 15th Avenue**
**San Francisco, CA 94112**

☐ None [*Check if applicable*]

__5/20/2025_____
Date

**/s/ Chris Kuhner**

**Chris Kuhner 173291**

Signature of Attorney or Litigant

Counsel for __Project Pizza, LLC__

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**