CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES, KUHNER &
LITTLE P.C.
1970 Broadway, Suite 600
Oakland, California  94612
Telephone:  (510) 763-1000
Facsimile:  (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor-In-Possession Project Pizza, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

Project Pizza, LLC

Debtor(s)

Chapter:   11

Case No.:  25-30397 HLB

**BANKRUPTCY LOCAL RULE 9014-1
CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 67**

As of this date, the undersigned has not received an answer, objection, or other responsive pleading to the **Motion** **to Approve Stipulation** filed on 07/29/2025 (Dkt. # 67) and has reviewed the Court's record and no answer, objection, or other responsive pleading to the **Motion** appears.  Pursuant to the Notice of **Motion**, objections to the **Motion** were to be filed and served no later than 08/21/2025, and no informal extension of time to object has been provided.

It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

DATED: 08/25/2025

By: /s/ Chris D. Kuhner

Counsel for: Debtor Project Pizza, LLC

CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES,
KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor-In-Possession
Project Pizza, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Project Pizza, LLC,<br><br>Debtor. | Case No. 25-30397 HLB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE STIPULATION RE (1) REJECTION OF CONTRACT WITH INKIND CARDS, INC., INKIND CREDIT FUND LP, AND INKIND WAREHOUSE FACILITY LLC; (2) HONORING EXISTING CREDITS; AND (3) ALLOWANCE OF INKIND CLAIM** |

The Motion to Approve Stipulation Re (1) Rejection of Contract with inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility LLC; (2) Honoring Existing Credits; and (3) Allowance of inKind Claim (the "Motion") [Docket No. 67] was filed by debtor and debtor-in-possession Project Pizza, LLC on July 29, 2025. Amended Notice and Opportunity for Hearing on the Motion (the "Amended Notice") [Docket No. 71] having been served on inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility LLC (collectively, "inKind"), the Office of the United States Trustee, the Subchapter V trustee, parties requesting special notice, and the twenty

-1-

largest unsecured creditors, there having been no timely objection, for good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted.

***END OF ORDER***

**COURT SERVICE LIST**

No service list required