
Entered on Docket
August 25, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1  CHRIS D. KUHNER, ESQ.<br>(Bar No. 173291) | Signed and Filed: August 25, 2025 |
| 2  **KORNFIELD, NYBERG, BENDES,**<br>**KUHNER & LITTLE P.C.** | |
| 3  1970 Broadway, Suite 600<br>Oakland, California 94612 |  |
| 4  Telephone: (510) 763-1000<br>Facsimile: (510) 273-8669 | |
| 5  Email: c.kuhner@kornfieldlaw.com | _____ |
| | **HANNAH L. BLUMENSTIEL** |
| 6  Attorneys for Debtor-In-Possession | **U.S. Bankruptcy Judge** |
| Project Pizza, LLC | |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 25-30397 HLB |
| Project Pizza, LLC, | Chapter 11 |
| | **ORDER GRANTING MOTION TO APPROVE STIPULATION RE (1) REJECTION OF CONTRACT WITH INKIND CARDS, INC., INKIND CREDIT FUND LP, AND INKIND WAREHOUSE FACILITY LLC; (2) HONORING EXISTING CREDITS; AND (3) ALLOWANCE OF INKIND CLAIM** |
| Debtor. | |

      The Motion to Approve Stipulation Re (1) Rejection of Contract with inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility LLC; (2) Honoring Existing Credits; and (3) Allowance of inKind Claim (the "Motion") [Docket No. 67] was filed by debtor and debtor-in-possession Project Pizza, LLC on July 29, 2025. Amended Notice and Opportunity for Hearing on the Motion (the "Amended Notice") [Docket No. 71] having been served on inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility LLC (collectively, "inKind"), the Office of the United States Trustee, the Subchapter V trustee, parties requesting special notice, and the twenty

-1-

largest unsecured creditors, there having been no timely objection, for good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted.

***END OF ORDER***

COURT SERVICE LIST

No service list required